**Zebedee TATE v. EMPIRE BUILDING CORPORATION.**

No. 9415.

Circuit Court of Appeals, Sixth Circuit

June 1, 1943.

W. O. Lowe, of Knoxville, Tenn., for appellant.

Egerton, McAfee & Clarke, of Knoxville, Tenn., for appellee.

Irving J. Levy and Bessie Margolin, both of Washington, D. C., and Jeter S. Ray, of Nashville, Tenn., for Wage and Hour Division, as amicus curiæ.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel; on consideration whereof, it is ordered and adjudged that the order appealed from·be and the same is in all things affirmed upon the authority of A. B. Kirschbaum Co. v. Walling, 316 U.S. 517, 62 S.Ct.

[1] Hunt v. Commissioner of Internal Revenue, 5 Cir., May 17, 1943, 135 F.2d 697.

744

1116, 86 L.Ed. 1638; and Johnson v. Dallas Downtown Development Co., 5 Cir., 132 F. 2d 287.